UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

------------------------------------------------------------x
DINESHRAJ RANGARAJU,

                              Plaintiff,

      -against-


AMERICAN QUEEN VOYAGES,
ANGLO-EASTERN CRUISE
MANAGEMENT INC., HORNBLOWER
GROUP, INC., VICTORY HOLDINGS II
LLC, VICTORY CRUISE MANAGEMENT,
INC.,  VICTORY CRUISE LINES, LTD,
VICTORY  OPERATING COMPANY, LLC,
in personam, and THE M/V OCEAN
NAVIGATOR, her tackle and appurtenances, etc,
 in rem,
                            Defendants
------------------------------------------------------------x

## AFFIDAVIT OF TIMOTHY F. SCHWEITZER

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK  )

      NOW COMES Timothy F. Schweitzer, under oath, and deposes as follows:

1.     My name is Timothy F. Schweitzer and I am an attorney in good standing admitted to practice before the State and Federal Courts of the State of New York.

2.     I represent Plaintiff Dineshraj Rangarju in the above-captioned matter and will be moving for admission pro hac vice in the District of Maine.

3.     On or about October 18, 2023 Plaintiff Dineshraj Rangaraju was a crewman employed by Defendant AMERICAN QUEEN VOYAGES  assigned to a fleet of vessels owned and operated by Defendant AMERICAN QUEEN VOYAGES, and was acting as a seaman in the service of Defendant's vessel fleet.

1

4.      On or about October 18, 2023, Plaintiff Dineshraj Rangaraju, while in the service of a fleet of vessels owned and operated by Defendant AMERICAN QUEEN VOYAGES, sustained injuries and as a result thereof has filed a Complaint in this Court pursuant to general maritime law and the admiralty jurisdiction of this Court, 28 U.S.C. § 1333.

5.      Pursuant to 28 U.S.C. § 1916, Plaintiff is eligible to institute suit without fees or costs.

Dated:  12/12/2023

_____
Timothy F. Schweitzer

Sworn to before me this
 12  day of December 2023

_____
Notary Public

CARMELA A. SAMANC
Notary Public, State of New York
Registration #01SA6224199
Qualified In Queens County
Commission Expires June 28, 2026

2